IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HECTOR MONTERO ENCARNACION<br><br>DEBTOR (S) | CASE NO. 10-04559 BKT<br><br>CHAPTER  13 |

### MOTION REQUESTING THE VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the following motion requesting the voluntary dismissal of the above caption case.

2. That the reason for such dismissal is that debtor gesture his consumer credit counseling but due an inadvertence error with the Consumer Credit Counseling Agency, debtor could not  comply with  section  109(h).

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true  and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor(s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 28th day of June of 2010.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo,  Esq.