IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-04559 BKT

HECTOR MONTERO ENCARNACION

Chapter 13

XXX-XX-1817

FILED & ENTERED ON 08/17/2010

Debtor(s)

## ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtor (see docket entry #18), it is now

ORDERED, ADJUDGED and DECREED that the instant case be and is hereby dismissed. The Trustee is awarded $100.00 for costs; and it is further

ORDERED, ADJUDGED and DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 17 day of August, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

C: All creditors
F/up